IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 10-cr-00270-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE GATEWOOD,

    Defendant.

---

## ORDER OF COMMITMENT PURSUANT TO 18 § 4241(d)(1)

---

On August 18, 2010, a competency hearing was held pursuant to Title 18, United States Code, Section 4241(d). At the conclusion of the hearing, this Court found by a preponderance of the evidence that the defendant, Theodore Gatewood, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Because of this finding, the Court hereby

**ORDERS** that the defendant is committed to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, Theodore Gatewood will attain the capacity to permit the proceedings to go forward.

**IT IS FURTHER ORDERED** that the director of the facility to which the defendant is committed shall at the conclusion of the four month period or sooner, if appropriate, file with the

Court a report reporting upon the defendant's mental condition and advising the Court whether the defendant's mental condition has so improved as to permit the proceedings to go forward.

DATED this 20th day of August, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge