IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No.   10-cr-00270-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THEODORE GATEWOOD,

       Defendant.
_____

### ORDER STAYING PROCEEDINGS, GRANTING DEFENDANT'S MOTION FOR ADDITIONAL TIME TO CONTEST COMPETENCY, AND APPOINTING EXPERT TO CONDUCT COMPETENCY EVALUATION
_____

THIS MATTER comes before the Court on the defendant's "**MOTION FOR ADDITIONAL TIME TO CONTEST COMPETENCY**" ("Motion").

THE COURT FINDS that there is reasonable cause to grant the Motion based upon: (1) defense counsel's belief that Defendant may presently still suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and (2) there being good cause shown that defense counsel needs additional time to have an expert conduct further evaluation of Defendant's competency.

ACCORDINGLY, the Motion is GRANTED.

At Defendant's request, the Court appoints Jonathan A. Olin, M.D., to conduct a psychiatric evaluation and deliver a written report to the Court, in compliance with 18 U.S.C. § 4247.

THE COURT FINDS that the defendant is currently housed at the Federal Detention Center. He is receiving medical and psychiatric treatment there.

ACCORDINGLY, the Court finds that the Federal Detention Center is a suitable facility in which the evaluation may be conducted. 18 U.S.C. § 4247(b). The evaluator shall deliver a written report to the Court, with copies to the parties, no later than February 22, 2011, in advance a competency hearing which is set for **March 1, 2011 at 1:30 pm**.

IT IS FURTHER ORDERED that the Office of the Federal Public Defender shall incur the cost of said evaluation, at a rate to be agreed upon between said Office and Dr. Olin.

PURSUANT TO Title 18 United States Code Section 3161(h)(A), the time for calculating speedy trial is stayed until such time as the Court makes a determination of competency.

DATED this 24th day of January, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge